JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEVEN ORTEGA,<br><br>    Petitioner,<br><br>    v.<br><br>WARREN L. MONTGOMERAY,<br>Warden,<br><br>    Respondent. | Case No. CV 21-02045-DMG (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 23, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE